MORRIS KREITMAN, Respondent, *v.* WALTER BEH, Doing Business under the Name of BEH & COMPANY, Appellant.

*Negligence — motor vehicles — pedestrian struck by motor truck at street crossing.*

*Kreitman* v. *Beh*, 215 App. Div. 706, affirmed.

(Argued April 6, 1926; decided May 4, 1926.)

APPEAL from a judgment· of the Appellate Division of the Supreme Court in the first judicial department, entered January 11, 1926, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, while crossing West Twenty-fifth street at Broadway in the borough of Manhattan was struck by defendant's motor truck causing the injuries complained of.

*Edward A. Alexander, Arthur Mayer* and *A. Lincoln Lavine* for appellant.
*Harold R. Medina* and *M. N. Schleider* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.